45D05-2207-CT-000690

Filed: 7/14/2022 2:57 PM
Clerk
Lake County, Indiana

USDC IN/ND case 2:22-cv-00267-JTM-JEM document 1-1 filed 09/09/22 page 1 of 3

Lake Superior Court, Civil Division 5

| | | |
|---|---|---|
| STATE OF INDIANA | ) | LAKE SUPERIOR/CIRCUIT COURT |
| | ) | |
| COUNTY OF LAKE | ) | _____, INDIANA |

| | |
|---|---|
| **GORDON R. FLEMING** ) | |
|     **Plaintiff,** ) | **CAUSE NO.:** |
| ) | |
|   **v.** ) | |
| ) | |
| **AMERISTAR CASINO EAST CHICAGO, LLC.** ) | |
|     **Defendant.** ) | |

## COMPLAINT FOR DAMAGES

Come now plaintiff, Gordon R. Fleming, by Counsel, Darnail Lyles, and in support of his Complaint for Damages against the Defendant, Ameristar Casino East Chicago, LLC, alleges and says:

## PARTIES

1. Plaintiff Gordon R. Fleming, ( hereinafter referred to as "Plaintiff"), is a citizen of the United States and is domiciled in Gary, County of Lake, Indiana.

2. Defendant Ameristar Casino East Chicago, LLC, ( hereinafter referred to as "Defendant"), upon information and belief, is an Indiana domestic Limited Liability Company, whose Principal Office Address is 3980 Howard Hughes Parkway, Las Vegas, Nevada, 89169.

## COUNT I

Comes now Plaintiff, Gordon R. Fleming, by counsel, Darnail Lyles, and for Count I of his Complaint for Damages against the Defendant alleges and says:

**Exhibit A**

3. On or about March 3, 2022, Gordon R. Fleming was a business invitee at Defendant's establishment.

4. Plaintiff uses a walking cane due to a diagnosis of Parkinson's Disease. While on the down escalator, he tumbled down to the bottom of the fast-moving escalator.

5. As a result of the incident, Plaintiff suffered injuries which required medical care.

6. Plaintiff sustained injuries to both legs, neck, right elbow and buttocks as a result of the events described herein.

7. Defendant was negligent in either one or all of the following respects by:

    a. Failing to provide an easily accessible escalator emergency stop button;

    b. Failing to operate the escalator in a safe manner;

    c. Failing to stop the escalator in a timely manner;

    d. Failing to prevent the existence of a hazardous condition;

    c Carelessly and negligently failed to discover, correct and maintain the escalator, to avoid the creation of a dangerous condition of sudden acceleration.

WHEREFORE, the plaintiff Gordon R. Fleming, respectfully prays for a judgment against the Defendant, to compensate him for his injuries, medical bills, pain, suffering, future medical expenses, permanent damages and all other relief deemed just and proper by the Court.

**Exhibit A**

Respectfully Submitted By:

/s/ *Darnail Lyles*
DARNAIL LYLES #11851-45
Attorney & Counselor at Law
5528 Melton Road
Miller Beach
Gary, Indiana 46403
(219) 939-9529 (t)
(219) 939-8863 (f)
dl@darnaillyles.com

## JURY DEMAND

Comes now, Plaintiff, Gordon R. Fleming, by and through his attorney, Darnail Lyles, and hereby demands trial by Jury on all issues.

Respectfully Submitted By:

/s/ *Darnail Lyles*
DARNAIL LYLES #11851-45
Attorney & Counselor at Law
5528 Melton Road
Miller Beach
Gary, Indiana 46403
(219) 939-9529 (t)
(219) 939-8863 (f)
dl@darnaillyles.com

**Exhibit A**